

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

NOTICE

Appellate case name:     In the Interest of A.L.D.L., a Child

Appellate case number:   01-15-00826-CV

Trial court case number:  14-FD-2183

Trial court:             County Court at Law No. 1 of Galveston County

Proceeding *pro se*, appellant, P.D., filed a notice of appeal of the trial court's final judgment terminating her parental rights. Appellant also has filed a Docketing Statement indicating that she is indigent but has not provided a copy of an affidavit of indigence. Accordingly, the trial court clerk is directed to prepare, certify, and file with this Court, without advance payment of costs, a clerk's record on indigence containing the following documents, if any: affidavit(s) of indigence; contest(s) to the affidavit(s) of indigence, the trial court's signed order(s) extending the time for conducting a hearing on the contest, the trial court's signed order ruling on the contest(s) to the affidavit(s) of indigence, and any other documents directly related to the question of the appellant's indigence status. *See* TEX. R. APP. P. 20.1, 34.5(c)(1).

The clerk's record on indigence is due to be filed in this Court no later than Wednesday, November 25, 2015. The trial-court clerk is further directed to immediately prepare, certify, and file with this Court a supplemental clerk's record containing any documents directly related to the question of the appellant's indigence status and not already included in the supplemental clerk's record filed on or before November 25, 2015. *See* TEX. R. APP. P. 34.5(c)(1).

Because this appeal involves the termination of the parent-child relationship, the Court is required to bring the appeal to final disposition within 180 days of September 28, 2015, the date the notice of appeal was filed in this proceeding, so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* Tex. Gov't. Code Ann., tit. 2, subtit. F app. (West 2013).

Clerk's signature:   _____
Date: November 18, 2015